**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Maggie Walters, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000106

———————————

Appeal From Darlington County
Salley Huggins McIntyre, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-344
Submitted August 17, 2022 – Filed August 18, 2022

———————————

**AFFIRMED**

———————————

Heather Vry Scalzo, of Offit Kurman, of Spartanburg, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

———————————

**PER CURIAM:** Maggie Walters appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Walters's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.